UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:26-CR-00002-KCD-NPM |
| v. | USM Number: 33362-512 |
| MIGUEL LOPEZ-MIGUEL, | Yvette Gray |
| Defendant, | 2075 West First St., Suite 300 |
| / | Fort Myers, FL 33901 |

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count[s] One of the Information. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry by a Deported Alien | 12/28/2025 | One |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:

March 16, 2026

_____
**KYLE C. DUDEK**
**UNITED STATES DISTRICT JUDGE**

March 16, 2026.

AO245B (Rev. 11/25) Judgment in a Criminal Case

Miguel Lopez-Miguel
2:26-cr-2-KCD-NPM

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED.**

- Defendant shall participate in the collection of DNA.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy United States Marshal

AO245B (Rev. 11/25) Judgment in a Criminal Case

Miguel Lopez-Miguel
2:26-cr-2-KCD-NPM

## SUPERVISED RELEASE

**No term of supervision was imposed.**

AO245B (Rev. 11/25) Judgment in a Criminal Case

Miguel Lopez-Miguel
2:26-cr-2-KCD-NPM

## CRIMINAL MONETARY PENALTIES

   The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | AVAA Assessment[1] | JVTA Assessment[2] | Fine | Restitution |
|---|---|---|---|---|---|
| TOTALS | $100.00 | $0.00 | $0.00 | Waived | $0.00 |

## SCHEDULE OF PAYMENTS

The Special Assessment in the amount of 100.00 is due in full and immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made payable to the Clerk, U.S. District Court, unless otherwise directed by the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

## FORFEITURE

Not applicable.

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

AO245B (Rev. 11/25) Judgment in a Criminal Case